UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kevin Williams, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. 09-1168 |
| American Equipment & Fabricating Corp., | ) ) ) ) | |
| Defendant | ) | |

**ORDER**

Plaintiff has filed a motion to dismiss (#83), stating that this matter has been settled and should be dismissed in its entirety. The motion is GRANTED. This cause is dismissed. The Clerk is directed to close the case.

ENTERED: May 30, 2013

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE